IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TRAVIS SCHWAB, | ) |
|                   Plaintiff, | ) |
| v. | ) Case No. 11-cv-2356 KHV/GLR |
| JARDEN CORPORATION, d/b/a THE COLEMAN COMPANY, INC., | ) |
|                   Defendants. | ) |

**DEFENDANT'S MOTION FOR
EXTENSION OF TIME TO DISCLOSE EXPERT DESIGNATIONS**

Defendant The Coleman Company, Inc. ("Coleman"), by and through counsel, moves for an extension of time up to and including the later of January 15, 2012 or 10 days after the deposition of Dr. Karty to make its expert designations, if any.

1. The deadline for Defendant to file its expert designations is today, Wednesday, December 14, 2011.

2. Defendant seeks an extension of this expert deadline because it has not yet had the opportunity to depose Plaintiff's treating physician, Dr. Karty.

3. As this is a case involving claims of disability discrimination, Defendant first needs the testimony of Plaintiff's treating physician to ascertain whether it needs to designate an expert.

4. Defendant served Plaintiff with discovery requests, including requests for releases very soon after permitted in this case, on September 22, 2011.

5. Plaintiff's responses to Defendant's discovery requests, including executed releases were due on October 25, 2011.

6. Plaintiff did not provide the signed releases until November 8, 2011 and they were electronically received by Defendant on November 8, 2011.

7. Upon receipt of the executed release for Dr. Karty's records, on the very next day, November 9, 2011, Defendant's counsel's office requested Plaintiff's medical records from Dr. Karty with the executed release. These records were produced by Dr. Karty's office on or about December 1, 2011.

8. Counsel for Defendant was out of the office until December 5, 2011. Upon her return hat week, she reviewed these records and notified counsel for Plaintiff on December 9, 2011 that she needed to depose Dr. Karty. She asked Plaintiff's counsel for dates for Dr. Karty's deposition and about contacting him but has yet to receive any response as to dates for Dr. Karty's deposition. In a couple other emails, counsel for Defendant notified Plaintiff's counsel that she would need to contact Dr. Karty's office and would need to seek an extension of the expert designation deadline.

9. After receiving no response from Plaintiff's counsel about dates or about contacting him, staff with Defendant's counsel's office directly contacted the office of Dr. Karty to obtain dates of availability for his deposition. Dr. Karty's office could not give available dates but instead requested a faxed letter that they will have to first run through Olathe Medical Center's Legal Department. Counsel for Defendant has faxed the requested letter to Dr. Karty's office and has provided a faxed copy to Plaintiff's counsel. Defendant's counsel awaits dates from Dr. Karty's office for his deposition.

10. Accordingly, Defendant has made every effort to timely obtain Dr. Karty's deposition and to assess if it needs experts; however, it has been unable to do so to date, in part due to receiving delayed releases.

11. Counsel for Coleman has contacted Plaintiff's counsel about the motion.

12. This motion is made in good faith and not for purposes of vexation, harassment, or undue delay.

Wherefore, Coleman respectfully requests that it be allowed an extension of time up to and including the later of January 15, 2012 or until 10 days after Dr. Karty's deposition to file its expert designations, if any, and for any further relief the Court deems just and proper.

    Respectfully submitted,

    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

    By:/s/ Jill A. Morris
    Jill A. Morris    KS #18426
    Sarah T. Lepak    KS #22040
    Park Central Plaza
    4717 Grand Avenue, Suite 300
    Kansas City, MO  64112
    816.471.1301
    816.471.1303 (*facsimile*)
    jill.morris@ogletreedeakins.com
    sarah.lepak@ogeltreedeakins.com

    **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 14th day of December, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Tai J. Vokins, KS #23707
Vokins Law Office, LLC
201 E. Loula Street
Olathe, Kansas 66061
 (913) 390-0481
 (913) 254-7602 (*facsimile*)
E-mail: taivokins@vokinslaw.com

ATTORNEY FOR PLAINTIFF

/s/ Jill A. Morris
ATTORNEY FOR DEFENDANT